From: The District Court of the Eleventh Judicial District. County of Lincoln.

STATE OF MONTANA, Plaintiff, vs. JACK E. BERRY, Defendant.

Received at State Prison 12/2/67—Burglary—10 years. 1st and 2nd.

NO. 38

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on December 1, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has five prior felony convictions and two State Prison incarcerations. In view of his extensive prior record, it is the opinion of the Board that his present sentence should not be reduced. He will be eligible to be considered for parole in October of 1969.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DECISION

Victor H. Fall, chairman; Philip Duncan, Paul E. Hatfield.

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. J. D. BROOKS, Defendant.

Received at State Prison 10/12/67—Grand Larceny.

NO. 11

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on October 10, 1967 ,was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has six felony convictions, four state prison incarcerations and two military incarcerations. His long record, dating back to 1940, indicates that he should not be considered for parole before his regular time which is in August of 1969.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.